# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI CARTER, an individual, | ) Case No. 2:16-CV-02112-WBS-GGH |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, and DOES 1 through 10, inclusive. | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated:  December 15, 2016

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE